No. 392. Head, doing business as Lea County Publishing Co., et al. v. New Mexico Board of Examiners in Optometry. Appeal from the Supreme Court of New Mexico. (Probable jurisdiction noted, 371 U. S. 900.) The motion of the American Optometric Association, Inc., for leave to file a brief, as *amicus curiae,* is granted. *Ellis Lyons, Leonard J. Emmerglick* and *Harold Kohn* on the motion.

No. 797. Davis, Secretary, State Board of Elections, et al. v. Mann et al. On appeal from the United States District Court for the Eastern District of Virginia. The motion of appellees Mann et al. to vacate stay or in the alternative to advance, is denied. The motion of appellees Glanville et al. to vacate stay, is denied. *Edmund D. Campbell* and *E. A. Prichard* on the motion for Mann et al. *Henry E. Howell, Jr.* and *Sidney H. Kelsey* on the motion for Glanville et al.

No. 854, Misc. Smith v. Taylor, Warden;
No. 870, Misc. Draper et al. v. Washington et al.;
No. 886, Misc. Rodriguez v. New York;
No. 924, Misc. Thomas v. United States;
No. 947, Misc. Moore v. United States; and
No. 962, Misc. Schachel v. Stevens, Warden, et al.
Motions for leave to file petitions for writs of habeas corpus denied.

No. 877, Misc. Knicker v. Supreme Court of Missouri. Motion for leave to file petition for writ of prohibition and/or mandamus denied.